```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 08290
   BRIAN K HOLLOWAY
   MARTHA F HOLLOWAY                           CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8273     SSN XXX-XX-7376

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/05/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/08/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED                   .00           .00           .00
HOME LOAN SERVICES         CURRENT MORTG             .00           .00           .00
HOME LOAN SERVICES         MORTGAGE ARRE       34027.42           .00       2815.60
FIA CARD SERVICES          UNSECURED            4792.07           .00           .00
ROUNDUP FUNDING LLC        UNSECURED            3398.77           .00           .00
PARK DENTAL GROUP          UNSECURED          NOT FILED           .00           .00
WEST SUBURBAN MEDICAL CE   UNSECURED             341.08           .00           .00
WEST SUBURBAN MEDICAL CT   UNSECURED          NOT FILED           .00           .00
RMI/MCSI                   UNSECURED             525.00           .00           .00
VILLAGE OF PARK FOREST     UNSECURED          NOT FILED           .00           .00
VILLAGE OF PARK FOREST     UNSECURED          NOT FILED           .00           .00
VILLAGE OF PARK FOREST     UNSECURED          NOT FILED           .00           .00
HOME LOAN SERVICES INC     NOTICE ONLY        NOT FILED           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED            1143.22           .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED            3024.93           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         1,544.00                     1,544.00
TOM VAUGHN                 TRUSTEE                                            365.40
DEBTOR REFUND              REFUND                                             525.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               5,250.00

PRIORITY                                              .00
SECURED                                          2,815.60
UNSECURED                                             .00
ADMINISTRATIVE                                   1,544.00
TRUSTEE COMPENSATION                               365.40
DEBTOR REFUND                                      525.00
                      ---------------       ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 08290 BRIAN K HOLLOWAY & MARTHA F HOLLOWAY
```

```
TOTALS                           5,250.00              5,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 03/10/09              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```